STATE OF MAINE
PENOBSCOT, SS.

SUPERIOR COURT
CIVIL ACTION
Docket No. CV-06-296

FILED & ENTERED
SUPERIOR COURT

AUG 0 6 2007

PENOBSCOT COUNTY

Sunbury Primary Care, P.A.,
    Plaintiff/Counterclaim
    Defendant

v.

Order (Motion to Disqualify;
Motion for Enlargement)

Corey Webb,
    Defendant/Counterclaim
    Plaintiff

DONALD L. GARBRECHT
LAW LIBRARY

JAN 07 2008

Sunbury Primary Care, P.A. has moved to disqualify Corey Webb's counsel of record, Gregory A. Brodek, Esq. and Brodek's law firm, Duane Morris LLP, as Webb's attorneys in this case. The court has reviewed the parties' submissions associated with the motion.

In on order of even date, the court has examined and adjudicated a similar motion filed by Sunbury in a separate action, *Sunbury Primary Care, P.A. v. Jennifer Trimble* (Superior Court, Penobscot County, CV-07-9). Many of the circumstances relevant to the disqualification issue there are similar or identical to the challenge raised here. The court incorporates those aspects of the motion in *Trimble* into this case.

The salient points established by the record at bar are that Brodek, as former counsel to Sunbury, was materially involved in developing the employment contract ultimately used when Sunbury hired Webb to an employment position as physician's assistant. In fact, Webb became a Sunbury employee when Brodek, then a partner with the law firm of Kozak, Gayer & Brodek, and the Kozak firm served as Sunbury's general counsel, although nothing in that record suggests that Brodek or the Kozak firm were involved directly in negotiations with Webb or employment decisions affecting Webb. As in *Trimble*, however, Sunbury here seeks to assert rights created under the employment contract that Brodek helped Sunbury to develop, and Webb – now represented by Brodek – challenges the enforceability of those contractual provisions.

1

For the reasons set out in the order in *Trimble*, the court concludes here that Brodek and Duane Morris are disqualified from representing Webb pursuant to M.Bar.R. 3.4(d)(1)(i).

The entry shall be:

For the foregoing reasons, the plaintiff's motion to disqualify is granted. Gregory A. Brodek, Esq. and the law firm of Duane Morris LLP are disqualified as counsel of record for the defendant in this action.

Without objection, the plaintiff's motion for enlargement is granted. The plaintiff shall file its expert designation on the defendant's claim for abuse of process no later than September 7, 2007.

Dated: August 3, 2007

_____
Justice, Maine Superior Court

2

08/07/2007            MAINE JUDICIAL INFORMATION SYSTEM         ksmith
PENOBSCOT COUNTY SUPERIOR COURT         mjxxi048
CASE PARTY ADDRESS BOOK
SUNBURY PRIMARY CARE PA VS COREY WEBB
UTN:AOCSsr -2006-0142540               CASE #:BANSC-CV-2006-00296
---------------------------------------------------------------------

SUNBURY PRIMARY CARE PA                PL
ATTY DUDDY, MICHAEL   Tel# (207) 775-1020
ATTY ADDR:53 EXCHANGE ST PO BOX 597 PORTLAND ME 04112-0597
ATTY BOXER-MACOMBER, LAURI   Tel# (207) 775-1020
ATTY ADDR:53 EXCHANGE ST PO BOX 597 PORTLAND ME 04112-0597

COREY WEBB                       DEF
ATTY BRODEK, GREGORY   Tel# (207) 262-5400
ATTY ADDR:88 HAMMOND STREET, SUITE 500 BANGOR ME 04401
ATTY ATTORNEY, VISITING
ATTY ADDR:- -    -


M=More, Space = Exit:M

Select the EXIT KEY for page selection line.